IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DANIEL GRANADO | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv391 |
| INMATE TRUST FUND & PRISON MAIL | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Daniel Granado, an inmate at the Cleveland Unit, proceeding *pro se*, brought this civil rights lawsuit pursuant to 42 U.S.C. § 1983.

The Court referred this matter to a United States Magistrate Judge for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action without prejudice based on the plaintiff's Notice of Dismissal.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the report and recommendation was mailed to the plaintiff at the address he provided to the Court. Plaintiff acknowledged receipt of the report and recommendation on September 1, 2021. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report and recommendation is **ADOPTED**. A separate Final Judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 29th day of October, 2021.**

_____
Michael J. Truncale
United States District Judge